WASHINGTON MILLER'S EXR. *v.* WASHINGTON MILLER'S HEIRS.

**Rent—Recovery for by Administrator from Heirs.**
> Where the evidence preponderates in favor of voluntary surrender of rent notes by a testator, and giving them the use of the land another year without taking notes therefor, they cannot be held liable for rent in a suit by the administrator against them as heirs.

APPEAL FROM MONTGOMERY CIRCUIT COURT.

March 3, 1870.

OPINION OF THE COURT BY JUDGE PETERS:

Waiving other questions discussed by counsel, it is first to be settled whether the evidence in this case will authorize a recovery against appellees. The testator had rented his land and hired slaves to his two sons for two or three years previous to 1863, and taken their notes therefor as the evidence shows—and it further shows that said notes had been surrendered to the sons, whether because they were paid, or voluntarily by their father without payment is not very material, but the strong probability from the evidence is that he had determined to give them the rents and heirs. For 1863 he took no notes, and said that on account of the war, and the disturbed condition of the county he had taken no notes from them. Burch, who was asked by appellant for the

statements of Isaac Miller in relation to the rents for 1863, proves that he said his father had' taken no notes for the rent for that year, as they might sow and not reap—and Mrs. Gay proves that in conversation with her father, he told her he had taken no notes for that year, all he wanted was a support from the farm, and Washington was to furnish that, and in speaking of Isaac said he could not turn him and his family out in the then unsettled condition of the country, but when things settled he would have to look out.

In view of the fact that no notes were taken from his sons by testator for rents and. hires for 1863, when for the preceding year he had uniformly taken their notes, that he spoke of the unsettled condition of the country, and the strong probability from the evidence that he surrendered the notes he had previously taken without requiring payment thereof. It is very difficult to reach the conclusion that the testator did not permit his sons to occupy the land and use the slaves without the payment of rent and hire.

Wherefore the judgment dismissing the amended petition is *affirmed.*

*Hazelrigg & Winn, Simpson & Huston, for appellant.*

*Reid, Breckinridge & Buckner, for appellees.*